Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor(s)
005272008

_____

In Re:

Rhondise Wiley,

         Debtor.

_____

: Bankruptcy Division
: United States Bankruptcy Court
: District of New Jersey
: Bankruptcy No. 17-32344 (KCF)
:
: Chapter 13
:
:
:
: Hearing Date: November 29, 2017
:
:

Order Filed on December 1, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: December 1, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor(s):           Rhondise Wiley
Case No.             17-32344 (KCF)
Caption of Order:    Order Extending the Automatic Stay

This matter having come before the Court by Andrew T. Archer, Esquire, Attorney for the Debtor on Motion to Extend the Automatic, and the Court after hearing arguments of counsel; and for good cause having been shown; it is

**ORDERED** that the Automatic Stay is Extended until the completion of the plan, pursuant to 11 U.S.C 362(c)(3)(B).

United States Bankruptcy Court
District of New Jersey

In re:  
Rhondise Wiley  
      Debtor

Case No. 17-32344-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Dec 01, 2017  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2017.  
db            +Rhondise Wiley,    6 Meadobrooke Place,    Willingboro, NJ 08046-2106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:  
           Albert    Russo     docs@russotrustee.com  
           Andrew Thomas Archer     on behalf of Debtor Rhondise  Wiley aarcher@brennerlawoffice.com,  
            bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
           Rebecca Ann Solarz     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
            rsolarz@kmllawgroup.com  
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                TOTAL: 4