| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> HLADIK, ONORATO & FEDERMAN, LLP <br> Stephen M. Hladik, Esquire <br> Attorney for Movant <br> 298 Wissahickon Avenue <br> North Wales, PA 19454 <br> (215) 855-9521 <br> Attorneys for CARVANA, LLC | |
| In Re: <br><br> RHONDISE WILEY | Case No: 17-32344-KCF <br><br> Hearing Date: 3/28/2018 @ 9:00am <br><br> Chapter: 13 <br><br> Judge: KATHRYN C. FERGUSON |

## CERTIFICATION OF SERVICE

1. I, Patrick Franz:
   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Hladik, Onorato & Federman, LLP, who represents CARVANA, LLC in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On March 1, 2018 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Motion for Relief from Stay

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  March 1, 2018             /s/   *Patrick Franz*
                                        Patrick Franz

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| RHONDISE WILEY<br>6 MEADOBROOKE PLACE<br>WILLINGBORO, NJ 08046 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>  (as authorized by the court *) |
| ANDREW THOMAS ARCHER, ESQ<br>175 RICHEY AVE<br>COLLINGSWOOD, NJ 08107 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>  (as authorized by the court *) |
| ALBERT RUSSO, Trustee<br>CN 4853<br>TRENTON, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>  (as authorized by the court *) |
| U.S. TRUSTEE<br>ONE NEWARK CENTER, STE 2100<br>NEWARK, NJ 07102 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>  (as authorized by the court *) |

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>HLADIK, ONORATO & FEDERMAN, LLP<br>Stephen M. Hladik, Esquire<br>Attorney for Movant<br>298 Wissahickon Avenue<br>North Wales, PA 19454<br>(215) 855-9521<br>Attorneys for CARVANA, LLC | |
| In Re:<br><br>RHONDISE WILEY | Case No: 17-32344-KCF<br><br>Hearing Date: 3/28/2018 @ 9:00am<br><br>Chapter: 13<br><br>Judge: KATHRYN C. FERGUSON |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY
### (PERSONAL PROPERTY)

CARVANA, LLC ("Movant") hereby moves this Court for relief from the automatic stay, pursuant to 11 U.S.C. § 362, with respect to certain personal property of the Debtor(s) more commonly known as 2014 ACURA ILX, VIN #19VDW1F3XEE001285 (the "Property").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to vacate the automatic stay as it relates to the property commonly known as 2014 ACURA ILX, VIN #19VDW1F3XEE001285, currently owned by the debtor(s) and made part of this bankruptcy, or if you want the court to consider your views on the motion, then on or before **03/21/2018**, you or your attorney must:

1. File with the court a written request for a hearing, and an answer explaining your position at: KATHRYN C. FERGUSON, U.S. BANKRUPTCY COURT, 402 E. STATE STREET, TRENTON, NJ. If you mail your response to the court for filing,

you must mail it early enough so the court will receive it on or before the date stated above. You must also mail a copy to the following:

| HLADIK, ONORATO & FEDERMAN, LLP<br>298 Wissahickon Avenue<br>North Wales, PA 19454<br>ATTORNEYS FOR MOVANT, CARVANA, LLC | ALBERT RUSSO, Trustee<br>CN 4853<br>TRENTON, NJ 08650-4853 |
|---|---|

2. Attend the hearing scheduled for **3/28/2018 @ 9:00am** in Courtroom **#2** of the U.S. BANKRUPTCY COURT, 402 E. STATE STREET, TRENTON, NJ 08608.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection, and may enter an order granting that relief.

The facts and circumstances supporting this Motion are set forth in the Certification Of Creditor Regarding Post Petition Payment History (Vehicle Loan/Lease) filed contemporaneously herewith (the "Certification").

Movant seeks relief from the automatic stay for the following reasons:

Post-confirmation payments required by the confirmed plan have not been made to Movant. Pursuant to 11 U.S.C. § 362(d)(2)(B), the Vehicle is not necessary for an effective reorganization.

Movant requests the following relief:

1. Relief from the stay for all purposes allowed by the Contract, Title, and applicable law, including but not limited to allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon, obtain possession of and sell the Vehicle and any and all other collateral pledged under the Title.

2. That the Order be binding and effective despite any conversation of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. For such other relief as the Court deems proper.

Movant further requests that upon entry of an order granting relief from stay, it be exempted from further complaint with Fed Rule Bankr.P.3002.1 in the instant bankruptcy case.

**Statement of Non-Necessity of Brief:** The Movant certifies pursuant to D.N.J. LBR 9013-2 that the within motion involves common questions of law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

Date: 03/01/2018

/s/Stephen M. Hladik, Esquire
Stephen M. Hladik, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Fax 215-855-9121

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) HLADIK, ONORATO & FEDERMAN, LLP Stephen M. Hladik, Esquire Attorney for Movant 298 Wissahickon Avenue North Wales, PA 19454 (215) 855-9521 Attorneys for CARVANA, LLC | |
| In Re: RHONDISE WILEY | Case No: 17-32344-KCF Hearing Date: TBD Chapter: 13 Judge: KATHRYN C. FERGUSON |

## CERTIFICATION OF CREDITOR REGARDING POST PETITION PAYMENT HISTORY (VEHICLE LOAN/LEASE)

___Jose Magana___, employed as ___Bankruptcy Team Lead___ by CARVANA, LLC, hereby certifies the following:
Vehicle lender/lessor:    CARVANA, LLC
Vehicle description:    2014 ACURA ILX, VIN #19VDW1F3XEE001285

**POST-PETITION PAYMENTS RECEIVED** (Petition filed on 11/03/2017)

| Amount due | Date Payment due | Date payment received | Amount received | How payment applied (mo/yr) | Type of payment (See Legend below) |
|---|---|---|---|---|---|
| 1. $527.00 | 11/07/2017 | 12/06/2017 | $537.00 ($10.00 to suspense) | 11/17 | MP |
|  |  | 12/06/2017 | ($537.00 returned NSF) | - | O |
| 1. $527.00 | 11/07/2017 | 12/22/2017 | $527.00 | 11/17 | MP |
| 2. $527.00 | 12/07/2017 | 01/22/2018 | $527.00 | 12/17 | MP |
|  |  | 01/22/2018 | ($527.00 returned NSF) | - | O |
|  |  | 01/24/2018 | $400 to suspense | - | O |
| 2. $527.00 | 12/07/2017 | - |  | - |  |
| 3. $527.00 | 01/07/2018 | - |  | - |  |
| 4. $527.00 | 02/07/2018 | - |  | - |  |
| TOTAL: $2,108.00 |  |  | $927.00 |  |  |

[Continue on attached sheets if necessary]

Monthly payments past due at $527.00 per month from 12/07/2017 – 02/07/2018 less $400.00 (suspense): $1,181.00 as of 02/21/2018

Plus miscellaneous amounts due:

| | |
|---|---|
| Late Charges: | $15.00 |
| Repossession fees: | $0.00 |
| Extension fees: | $0.00 |
| Other:  NSF Fees | $30.00 |

**TOTAL POST-PETITION PAST DUE**................. $1.226.00 as of 02/21/2018

Pre-petition arrears: N/A

**Legend:** MP = monthly payment; EXF = Extension fee; LC = Late Charge; O – Other *specify other payments received

I certify under penalty of perjury that the above is true.

Date: 3-1-18

Signature

*Rev.8/1/15*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>HLADIK, ONORATO & FEDERMAN, LLP<br>Stephen M. Hladik, Esquire<br>Attorney for Movant<br>298 Wissahickon Avenue<br>North Wales, PA 19454<br>(215) 855-9521<br>Attorneys for CARVANA, LLC | |
| In Re:<br><br>RHONDISE WILEY | Case No: 17-32344-KCF<br><br>Hearing Date: 3/28/2018 @ 9:00am<br><br>Chapter: 13<br><br>Judge: KATHRYN C. FERGUSON |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**.

(Page 2)
Debtor: RHONDISE WILEY
Case No. 17-32344-KCF
Caption of Order: **ORDER VACATING AUTOMATIC STAY**

_____

Upon the motion of CARVANA, LLC, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or "Movant"), under Bankruptcy Code section 362(d), for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the Movant, its successors and/or assigns, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to repossess and/or sell the property held by the Movant upon the following:

Vehicle commonly known as **2014 ACURA ILX, VIN #19VDW1F3XEE001285.**

2. The Movant may join the debtor and any trustee appointed in this case as defendant in its repossession action(s) irrespective of any conversation to any other chapter of the Bankruptcy Code and shall not be subject to the 14-day period set forth in Bankruptcy Rule 4001(a)(3).

The Movant shall serve this Order on the Debtor, any trustee and other party who entered an appearance on the Motion.

_____
Honorable Kathryn C. Ferguson

NJ-102 10/10/2015

# Retail Installment Contract and Security Agreement

| Seller Name and Address | Buyer(s) Name(s) and Address(es) | Summary | |
|---|---|---|---|
| CARVANA, LLC<br>600 CREEK ROAD<br>DELANCO NJ 08075-5210 | Rhondise Wiley<br>6 Meadowbrook Pl<br>Willingboro NJ 08046 | No.<br>Date | _____<br>07/08/17 |

☐ Business, commercial or agricultural purpose Contract.

## Truth-In-Lending Disclosure

| Annual Percentage Rate<br>The cost of your credit as a yearly rate. | Finance Charge<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid when you have made all scheduled payments. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $900.00 |
|---|---|---|---|---|
| 25.60 % | $ 18,600.75 | $ 19,293.06 | $ 37,893.81 | $ 38,793.81 |

**Payment Schedule.** Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due | |
|---|---|---|---|
| 71 | $ 527.00 | monthly beginning | 08/07/17 |
| 1 | $ 476.81 | | 07/07/23 |
| N/A | $ N/A | N/A | |

**Security.** You are giving us a security interest in the Property purchased.

**Late Charge.** If a payment is more than 10 days late, you will be charged 5% of the unpaid amount of the payment due, except that if the Property is primarily for personal, family, or household use and the cash price is $10,000 or less the charge for late payment will be $10.

**Prepayment.** If you pay off this Contract early, you will not have to pay a penalty.

**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

## Description of Property

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2014 | Acura | ILX | Sedan | 19VDE1F3XEE001285 | 15614 |

☐ New
☒ Used
☐ Demo

Other: N/A

## Description of Trade-In

| | | | | |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A | N/A |

## Conditional Delivery

☐ **Conditional Delivery.** If checked, you agree that the following agreement regarding securing financing ("*Agreement*") applies: N/A .

The Agreement is part of this Contract. The Agreement will no longer control after the assignment is accepted. If there are any conflicts between the terms of the Agreement and the Contract, the terms of this Contract will apply.

Retail Installment Contract-NJ Not for use in transactions secured by a dwelling.
Bankers Systems™ VMP®
Wolters Kluwer Financial Services © 2015

RSSIMVLFLZNJ 10/10/2015
Page 1 of 6

This retention copy was created on Jul 13, 2017 08:14:42 PM for Carvana, LLC.

## Sales Agreement

**Payment.** You promise to pay us the principal amount of $ __19,293.06__ plus the time price differential accruing on the unpaid balance at the rate of __25.60__ % per year from the date of this Contract until maturity. After maturity, or after you default and we demand payment, we will earn the time price differential on the unpaid balance at __25.60__ % per year. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the *Truth-In-Lending Disclosure*. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

### Itemization of Amount

| | | |
|---|---|---|
| a. | Cash Price of Vehicle | $ 17,750.00 |
| b. | Trade-In allowance | $ 0.00 |
| c. | Less: Amount owing, paid to (includes l): N/A | $ N/A |
| d. | Net Trade-In (b-c; if negative, enter $0 here and enter the amount on line l) | $ 0.00 |
| e. | Cash payment | $ 900.00 |
| f. | Manufacturer's rebate | $ 0.00 |
| g. | Other down payment (describe) N/A | $ 0.00 |
| h. | Down Payment (d+e+f+g) | $ 900.00 |
| i. | Adjusted Cash Price (a-h) | $ 16,850.00 |
| j. | Sales Tax (reduced as required due to value of like trade-in) | $ 1,289.06 |
| k. | Unpaid balance of Cash Price (i+j) | $ 18,139.06 |
| l. | Financed trade-in balance (see line d) | $ 0.00 |
| m. | Paid to public officials - filing fees | $ 154.00 |
| n. | Paid to public officials - supplemental title fee | $ 0.00 |
| o. | Paid to public officials - other than filing fee | $ 0.00 |
| p. | Insurance premiums paid to insurance company(ies) | $ 0.00 |
| q. | Service Contract, paid to: Carvana  Vehicle Protection | $ 1,000.00 |
| r. | To: N/A   N/A | $ |
| s. | To: Vehicle Inventory Tax | $ 0.00 |
| t. | To: Business Tax | $ 0.00 |
| u. | To: N/A | $ N/A |
| v. | To: N/A | $ N/A |
| w. | To: N/A | $ N/A |
| x. | To: N/A | $ N/A |
| y. | To: N/A | $ N/A |
| z. | To: N/A | $ N/A |
| aa. | To: N/A | $ N/A |
| bb. | Total Other Charges/Amts Paid (l thru aa) | $ 1,154.00 |
| cc. | Principal Balance (k+bb) | $ 19,293.06 |
| dd. | Time Price Differential | $ 18,600.75 |
| ee. | Time Balance (cc+dd) | $ 37,893.81 |
| ff. | Prepaid Finance Charge | $ 0.00 |
| gg. | Amount Financed (k+bb-ff) | $ 19,293.06 |
| hh. | Time Sale Price (h+ee) | $ 38,793.81 |

We may retain or receive a portion of any amounts paid to others.

## Insurance Disclosures

**Credit Insurance.** Credit life insurance pays all or part of the amount you owe under this Contract if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability pays all or part of the payments due under this Contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. See the policies or certificates from the named insurance companies for the details of the coverage these types of insurance provide, and for other terms and conditions. Credit life and credit disability (accident and health) are not required to obtain credit and are not a factor in the credit decision. We will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below **only** the coverages you have chosen to purchase.

**Credit Life**
☐ Single   ☐ Joint   ☐ None
Premium $ __N/A__   Term __N/A__
Insured __N/A__

**Credit Disability**
☐ Single   ☐ Joint   ☐ None
Premium $ __N/A__   Term __N/A__
Insured __N/A__

Your signature below means you want (only) the insurance coverage(s) quoted above. If "None" is checked, you have declined the coverage we offered.

By: __N/A__                                  DOB __N/A__

By: __N/A__                                  DOB __N/A__

By: __N/A__                                  DOB __N/A__

**Property Insurance.** You must insure the Property. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. The collision coverage deductible may not exceed $ __1,000__. If you get insurance from or through us you will pay $ __N/A__ for __N/A__ of coverage.

This premium is calculated as follows:
☐ $ __N/A__   Deductible, Collision Cov. $ __N/A__
☐ $ __N/A__   Deductible, Comp. Cov.    $ __N/A__
☐ Fire-Theft and Combined Additional Cov. $ __N/A__
☐ __N/A__                                    $ __N/A__

**THIS DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE. WITHOUT SUCH INSURANCE, YOU MAY NOT OPERATE THIS VEHICLE ON PUBLIC HIGHWAYS.**

Retail Installment Contract-NJ Not for use in transactions secured by a dwelling.
Bankers Systems™ VMP®
Wolters Kluwer Financial Services © 2015

RSSIMVLFLZNJ 10/10/2015
Page 2 of 6

This retention copy was created on Jul 13, 2017 08:14:42 PM for Carvana, LLC.

This is a retention copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.
Retention Copy

☐ **Single-Interest Insurance.** You must purchase single-interest insurance as part of this sale transaction. You may purchase the coverage from a company of your choice, reasonably acceptable to us. If you buy the coverage from or through us, you will pay $ _____N/A_____ for _____N/A_____ of coverage.

## Additional Protections

You may buy any of the following voluntary protection plans. They are not required to obtain credit, are not a factor in the credit decision, and are not a factor in the terms of the credit or the related sale of the Vehicle. The voluntary protections will not be provided unless you sign and agree to pay the additional cost.

Your signature below means that you want the described item and that you have received and reviewed a copy of the contract(s) for the product(s). If no coverage or charge is given for an item, you have declined any such coverage we offered.

☒ **Service Contract**
Term      48 months
Price     $ 1,000.00
Coverage  Carvana Vehicle Protection

☐ **Gap Waiver or Gap Coverage**
Term      N/A
Price     $ N/A
Coverage  N/A

☐ _____N/A_____
Term      N/A
Price     $ N/A
Coverage  N/A

eSigned By:
*Rhondise Wiley*
Jul 05, 2017 8:40:42 AM MDT    07/08/17
By: Rhondise Wiley                Date

_____N/A_____    _____N/A_____
By:                                Date

_____N/A_____    _____N/A_____
By:                                Date

## Additional Terms of the Sales

**Definitions.** *"Contract"* refers to this Retail Installment Contract and Security Agreement. The pronouns *"you"* and *"your"* refer to each Buyer signing this Contract, and any guarantors, jointly and individually. The pronouns *"we"*, *"us"* and *"our"* refer to the Seller and any entity to which it may transfer this Contract. *"Vehicle"* means each motor vehicle described in the *Description of Property* section. *"Property"* means the Vehicle and all other property described in the *Description of Property* and *Additional Protections* sections.

**Purchase of Property.** You agree to purchase the Property from Seller, subject to the terms and conditions of this Contract. You also agree that the purchase of the Property on credit takes place at the Seller's licensed location identified at the top of page 1 of this Contract. Seller will not make any repairs or additions to the Vehicle except as noted in the *Description of Property* section.

You have been given the opportunity to purchase the Property and described services for the Cash Price or the Total Sale Price. The *"Total Sale Price"* is the total price of the Property if you buy it over time.

**General Terms.** The Total Sale Price shown in the *Truth-In-Lending Disclosure* assumes that all payments will be made as scheduled. The actual amount you will pay will be more if you pay late and less if you pay early.

We do not intend to charge or collect, and you do not agree to pay, any time price differential or fee that is more than the maximum amount permitted for this sale by state or federal law. If you pay a time price differential or fee that exceeds that maximum amount, we will first apply the excess amount to reduce the principal balance and, when the principal has been paid in full, refund any remaining amount to you.

You understand and agree that some payments to third parties as a part of this Contract may involve money retained by us or paid back to us as commissions or other remuneration.

You agree that the Property will not be used as a dwelling.

**Prepayment.** You may prepay this Contract in full or in part at any time without penalty. Any partial prepayment will not excuse any later scheduled payments. If we get a refund of any unearned insurance premiums that you paid, you agree that we may subtract the refund from the amount you owe, unless otherwise provided by law.

**Returned Payment Charge.** If you make any payment required by this Contract that is returned uncollected due to insufficient funds in your account, you agree to pay a fee of $20.

**Governing Law and Interpretation.** This Contract is governed by the law of New Jersey and applicable federal law and regulations.

If any section or provision of this Contract is not enforceable, the other terms will remain part of this Contract. You authorize us to correct any clerical error or omissions in this Contract or in any related document.

**Name and Location.** Your name and address set forth in this Contract are your exact legal name and your principal residence. You will provide us with at least 30 days notice before you change your name or principal residence.

**Telephone Monitoring and Calling.** You agree that we may from time to time monitor and record telephone calls made or received by us or our agents regarding your account to assure the quality of our service. In order for us to service the account or to collect any amounts you may owe, and subject to applicable law, you agree that we may from time to time make calls and send text messages to you using prerecorded/artificial voice messages or through the use of an automatic dialing device at any telephone number you provide to us in connection with your account, including a mobile telephone number that could result in charges to you.

**Default.** You will be in default on this Contract (except as prohibited by law) if you fail to perform any obligation that you have undertaken in this Contract.

Retail Installment Contract-NJ Not for use in transactions secured by a dwelling.
Bankers Systems™ VMP®
Wolters Kluwer Financial Services © 2015                     Page 3 of 6

This retention copy was created on Jul 13, 2017 08:14:42 PM for Carvana, LLC.

If the Property is primarily for personal, family, or household use, and the cash price is $10,000 or less, if you default you agree to pay attorneys' fees of 20% of the first $500 and 10% on any excess of the amount due and payable under this Contract, if referred for collection to an attorney not a salaried employee of ours. For other transactions, if we hire an attorney who is not a salaried employee to collect what you owe, you will pay the attorney's reasonable fee and court costs the law permits.

If an event of default occurs as to any of you, we may exercise our remedies against any or all of you.

**Remedies.** If you are in default on this Contract, we have all of the remedies provided by law and this Contract. Those remedies include:

- We may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, time price differential and all other agreed charges.
- We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so. We are not required to do so. You will repay us that amount immediately. That amount will earn the time price differential from the date we pay it at the contract rate described in the *Payment* section until paid in full.
- We may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.
- We may immediately take possession of the Property by legal process or self-help, but in doing so we may not breach the peace or unlawfully enter onto your premises.
- We may then sell the Property and apply what we receive as provided by law to our reasonable expenses and then toward what you owe us.
- We may, as allowed by law, sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

By choosing any one or more of these remedies, we do not give up our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

You agree that if any notice is required to be given to you of an intended sale or transfer of the Property, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law).

You agree that we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above. You may have a right to recover that property.

If the Property has an electronic tracking device, you agree that we may use the device to find the vehicle.

**Obligations Independent.** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:

- You must pay this Contract even if someone else has also signed it.
- We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.
- We may release any security and you will still be obligated to pay this Contract.

- If we give up any of our rights, it will not affect your duty to pay this Contract.
- If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**Warranty.** Warranty information is provided to you separately.

### Security Agreement

**Security.** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Vehicle, all accessions, attachments, accessories, and equipment placed in or on the Vehicle and in all other Property. You also assign to us and give us a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**Duties Toward Property.** By giving us a security interest in the Property, you represent and agree to the following:

- You will defend our interests in the Property against claims made by anyone else. You will keep our claim to the Property ahead of the claim of anyone else. You will not do anything to change our interest in the Property.
- You will keep the Property in your possession and in good condition and repair. You will use the Property for its intended and lawful purposes.
- You agree not to remove the Property from the U.S. without our prior written consent.
- You will not attempt to sell the Property, transfer any rights in the Property, or grant another lien on the Property without our prior written consent.
- You will pay all taxes and assessments on the Property as they become due.
- You will notify us with reasonable promptness of any loss or damage to the Property.
- You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**Agreement to Provide Insurance.** You agree to provide property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the *Insurance Disclosures* section, or as we will otherwise require. You will name us as loss payee on any such policy. Generally, the loss payee is the one to be paid the policy benefits in case of loss or damage to the Property. In the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You will keep the insurance in full force and effect until this Contract is paid in full.

If you fail to obtain or maintain this insurance, or name us as loss payee, we may obtain insurance to protect our interest in the Property. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. This amount will earn the time price differential from the date paid at the contract rate described in the *Payment* section until paid in full.

Retail Installment Contract-NJ Not for use in transactions secured by a dwelling.
Bankers Systems™ VMP®
Wolters Kluwer Financial Services © 2015

Page 4 of 6

This retention copy was created on Jul 13, 2017 08:14:42 PM for Carvana, LLC.

**Gap Waiver or Gap Coverage.** In the event of theft or damage to the Vehicle that results in a total loss, there may be a gap between the amount due under the terms of the Contract and the proceeds of your insurance settlement and deductibles. You are liable for this difference. You have the option of purchasing Gap Waiver or Gap Coverage to cover the gap liability, subject to any conditions and exclusions in the Gap Waiver or Gap Coverage agreements.

### Notices

**Note.** If the primary use of the Vehicle is non-consumer, this is not a consumer contract, and the following notice does not apply. NOTICE. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

If you are buying a used vehicle: The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Sí compra un vehículo usado: La información que ve adherida en la ventanilla forma parte de éste contrato. La información contenida en el formulario de la ventanilla prevalece por sobre toda otra disposición en contrario incluida en el contrato de compraventa.

### Third Party Agreement

(This section applies ONLY to a person who will have an ownership interest in the Property but is NOT a Buyer obligated to pay this Contract ("Third Party Owner").)

In this section only, *"you"* means only the person signing this section.

By signing below you agree to give us a security interest in the Property described in the *Description of Property* section. You also agree to the terms of this Contract except that you will not be liable for the payments it requires. Your interest in the Property may be used to satisfy the Buyer's obligation. You agree that we may renew, extend or change this Contract, or release any party or Property without releasing you from this Contract. We may take these steps without notice or demand upon you.

You acknowledge receipt of a completed copy of this Contract.

By: ___N/A_____    ___N/A___
Signature of Third Party Owner (NOT the Buyer)    Date



[This area intentionally left blank.]        [This area intentionally left blank.]



This is a retention copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.
This retention copy was created on Jul 13, 2017 08:14:42 PM for Carvana, LLC.

This is a retention copy of the Electronic Original® document managed by the eCore® On Demand (EOD™) Service.

☒ **Electronic Signature Acknowledgment.** You agree that (i) you viewed and read this entire Contract before signing it, (ii) you signed this Contract with one or more electronic signatures, (iii) you intend to enter into this Contract and your electronic signature has the same effect as your written ink signature, (iv) you received a paper copy of this Contract after it was signed, and (v) the authoritative copy of this Contract shall reside in a document management system held by Seller in the ordinary course of business. You understand that Seller may transfer this Contract to another company in the electronic form or as a paper version of that electronic form which would then become the authoritative copy. Seller or that other company may enforce this Contract in the electronic form or as a paper version of that electronic form. You may enforce the paper version of the Contract copy that you received.

## Signature Notices

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.

## Signatures

**Entire Agreement.** Your and our entire agreement is contained in this Contract. There are no unwritten agreements regarding this Contract. Any change to this Contract must be in writing and signed by you and by us.

eSigned By: *Rhondise Wiley*
Jul 05, 2017 8:40:42 AM MDT
By: Rhondise Wiley     07/08/17    Date

By: _____N/A_____    _N/A_    Date

By: _____N/A_____    _N/A_    Date

## NOTICE TO RETAIL BUYER

Do not sign this Contract in blank.
You are entitled to a copy of the Contract at the time you sign.
Keep it to protect your legal rights.
By signing below, you agree to the terms of this Contract. You received a copy of this Contract and had a chance to read and review it before you signed it.

**Buyer**

eSigned By: *Rhondise Wiley*
Jul 05, 2017 8:40:42 AM MDT
By: Rhondise Wiley     07/08/17    Date

By: _____N/A_____    _N/A_    Date

By: _____N/A_____    _N/A_    Date

**Seller**

By: CARVANA, LLC     07/08/17    Date

**Assignment.** This Contract and Security Agreement is assigned to _____, the Assignee, phone _____. This assignment is made under the terms of a separate agreement made between the Seller and Assignee.

☐ This Assignment is made with recourse.

**Seller**

By: _____     Date

[This area intentionally left blank.]

This retention copy was created on Jul 13, 2017 08:14:42 PM for Carvana, LLC.



Formerly known as DT Credit Company

April 5, 2016

To Whom It May Concern

DriveTime Car Sales Company, LLC ("DTCS") (FEIN: 86-0683232) is a licensed used motor vehicle retailer registered to do business. DTCS sells and leases vehicles to consumers.

Bridgecrest Credit Company, LLC and Bridgecrest Acceptance Corporation are affiliated finance companies of DTCS.

Sincerely,

Jon Ehlinger
DriveTime Car Sales Company, LLC
Secretary

Bridgecrest Credit Company, LLC
Secretary

Bridgecrest Acceptance Corporation
Secretary

TL.Oneinthesame.2016

# CERTIFICATE OF TITLE

| Field | Value |
|---|---|
| PREFIX / IDENTIFICATION NUMBER / SUFFIX | 19VDW1D3XEE001285  Z |
| YEAR | 2014 |
| MAKE | ACU |
| MODEL | ILX |
| BODY TYPE | 4 DR |
| TYPE OF TITLE | STANDARD |
| DUPLICATE NO. | |
| GVWW/GLGTH | 7 |
| VIN-REPLACEMENT | |
| COLOR/MTU/HP | GY |
| DEALER I.D. | |
| AXLES/PROP | 2 |
| FUEL | |
| FEE | 85.00 |
| ISSUE DATE | 08-01-2017 |
| MILEAGE | 15626 |
| STATUS | A |

OWNER(S):
RHONDISE C WILEY
6 MEADOWBROOK PL
WILLINGBORO    NJ 08046 2106

- F - FLOOD
- P - POLICE
- T - TAXI
- L - LEMON LAW
- A - ACTUAL MILEAGE
- N - NOT THE ACTUAL MILEAGE
- M - MILEAGE EXCEEDS THE MECHANICAL LIMITS
- S - SALVAGE

NUMBER OF OWNERS: 1
NUMBER OF LIENHOLDERS:

THE CHIEF ADMINISTRATOR OF THE MOTOR VEHICLE COMMISSION OF THE STATE OF NEW JERSEY DO HEREBY CERTIFY THAT EVIDENCE OF PURCHASE OR OWNERSHIP IN COMPLIANCE WITH THE LAWS OF THE STATE OF NEW JERSEY OF THE DESCRIBED ARTICLE HAS BEEN RECORDED AND FILED WITH ME AND I DO HEREBY ISSUE THIS CERTIFICATE OF OWNERSHIP SUBJECT TO SECURITY AGREEMENT OR LIEN, IF ANY, AS STATED.

State of New Jersey
MOTOR VEHICLE COMMISSION

FIRST LIENHOLDER:
DATE: 08-01-2017
CARVANA LLC
600 CREEK ROAD STE B
DELANCO    NJ 08075

ALTERATION OR ERASURE VOIDS THIS TITLE    KEEP IN SAFE PLACE

**VOID IF ALTERED**

---

↑ FOLD AND TEAR AT PERFORATION ↑

THIS IS A RECEIPT DOCUMENT ONLY

VIN:  19VDW1D3XEE001285  Z    MILEAGE: 15626 A    DUP:    STATUS:
ACU   2014  4 DR.  ILX    GY    7    AXLE:2

RHONDISE C WILEY
6 MEADOWBROOK PL
WILLINGBORO    NJ 08046 2106
        85.00 I STANDARD

| | |
|---|---|
| TITLE I | : 85.00 |
| SALES TAX | : 1289.06 |
| LFIS | : 0.00 |
| TOTAL (K) | : 1374.06 |

LIENHOLDER(S)
15851 90000 80750
CARVANA LLC