UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew T. Archer, Esq.
BRENNER SPILLER & ARCHER
175 Richey Ave
Collingswood, NJ 08107
(856) 963-5000
Attorney for Debtor(s)
005272008

Order Filed on February 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Rhondise Wiley

Case No.:  17-32344

Chapter:  13

Judge:  KCF

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 5, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Andrew T. Archer _____, the applicant, is allowed a fee of $ _____ 400 _____ for services rendered and expenses in the amount of $_____ 0 _____ for a total of $_____ 400 _____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ 548 _____ per month for _____ 46 _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Rhondise Wiley  
    Debtor

Case No. 17-32344-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Feb 05, 2019  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2019.  
db             +Rhondise Wiley,    6 Meadobrooke Place,    Willingboro, NJ 08046-2106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2019 at the address(es) listed below:  
        Albert    Russo    docs@russotrustee.com  
        Andrew Thomas Archer    on behalf of Debtor Rhondise  Wiley aarcher@brennerlawoffice.com,  
         bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
        Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
         dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
         rsolarz@kmllawgroup.com  
        Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its  
         individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org  
        Stephen M. Hladik    on behalf of Creditor    CARVANA, LLC shladik@hoplawyers.com,  
         pfranz@hoflawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                           TOTAL: 7