| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |

In Re:

Rhondise Wiley

**Order Filed on July 8, 2019**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No:     17-32344

Chapter:     13

Judge:     Michael B. Kaplan

# ORDER DIRECTING
# REDACTION OF PERSONAL INFORMATION

The relief set forth on the following page is hereby ORDERED.

**DATED: July 8, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

The court having reviewed the Application Requesting Redaction of Personal Information filed in this case by _____Robert P. Saltzman_____, and regarding ____#59 Certification of Default____ _____, it is hereby

ORDERED that the above document be immediately restricted from view on the Court's public docket, and it is hereby

ORDERED that pursuant to D.N.J. LBR 9037(a)(2), the movant shall file a redacted version of the document within seven (7) days of the date of this order.

ORDERED that the movant shall serve this order on all affected parties within one day of its entry.

*new.May 1, 2015*

United States Bankruptcy Court
District of New Jersey

In re:  
Rhondise Wiley  
       Debtor

Case No. 17-32344-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jul 09, 2019  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2019.  
db             +Rhondise Wiley,    6 Meadobrooke Place,    Willingboro, NJ 08046-2106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2019 at the address(es) listed below:  
      Albert  Russo    docs@russotrustee.com  
      Andrew Thomas Archer     on behalf of Debtor Rhondise  Wiley aarcher@brennerlawoffice.com,  
       bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
      Denise E. Carlon     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
       dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
      Rebecca Ann Solarz     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper  
       rsolarz@kmllawgroup.com  
      Robert P. Saltzman     on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org  
      Stephen M. Hladik     on behalf of Creditor    CARVANA, LLC shladik@hoplawyers.com,  
       pfranz@hoflawgroup.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                         TOTAL: 7