Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−32344−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Rhondise Wiley
  6 Meadobrooke Place
  Willingboro, NJ 08046

Social Security No.:
  xxx−xx−6285

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/14/19 at 09:00 AM

to consider and act upon the following:

**59** − Creditor's Certification of Default (related document:45 Motion for Relief from Stay re: 6 Meadowbrook Place, Willingboro, NJ 08046. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016−CTT) filed by Robert P. Saltzman on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016−CTT. Objection deadline is 07/19/2019. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Saltzman, Robert)

Dated: 7/18/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court
