Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                             Case No.:  17−32344−MBK  
                             Chapter:  13  
                             Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Rhondise Wiley  
   6 Meadobrooke Place  
   Willingboro, NJ 08046

Social Security No.:  
   xxx−xx−6285

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/14/19 at 09:00 AM

to consider and act upon the following:

*59* – Creditor's Certification of Default (related document:45 Motion for Relief from Stay re: 6 Meadowbrook Place, Willingboro, NJ 08046. Fee Amount $ 181. filed by Creditor U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016−CTT) filed by Robert P. Saltzman on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016−CTT. Objection deadline is 07/19/2019. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Saltzman, Robert)

Dated: 7/18/19

                                                               Jeanne Naughton  
                                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Rhondise Wiley  
    Debtor

Case No. 17-32344-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 18, 2019  
                 Form ID: ntchrgbk     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2019.  
db        +Rhondise Wiley,   6 Meadobrooke Place,   Willingboro, NJ 08046-2106  
cr       +U.S. Bank National Association, not in its individ,   c/o Rushmore Loan Management Services,   PO Box 55004,   Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2019 at the address(es) listed below:  
         Albert   Russo    docs@russotrustee.com  
         Andrew Thomas Archer    on behalf of Debtor Rhondise  Wiley aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
         Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper rsolarz@kmllawgroup.com  
         Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org  
         Stephen M. Hladik    on behalf of Creditor    CARVANA, LLC shladik@hoplawyers.com, pfranz@hoflawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                             TOTAL: 7