Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

            Case No.:  17−32344−MBK
            Chapter:  13
            Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rhondise Wiley
   6 Meadobrooke Place
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−6285

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/14/19 at 09:00 AM

to consider and act upon the following:

*62* − Creditor's Certification of Default filed by Robert P. Saltzman on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016−CTT. Objection deadline is 07/23/2019. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Saltzman, Robert)

Dated: 7/23/19

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court