Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                 Case No.: 17−32344−MBK
                 Chapter: 13
                 Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Rhondise Wiley
    6 Meadobrooke Place
    Willingboro, NJ 08046

Social Security No.:
    xxx−xx−6285

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/14/19 at 09:00 AM

to consider and act upon the following:

*62* − Creditor's Certification of Default filed by Robert P. Saltzman on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016−CTT. Objection deadline is 07/23/2019. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Saltzman, Robert)

Dated: 7/23/19

                                         Jeanne Naughton
                                         Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Rhondise Wiley
    Debtor

Case No. 17-32344-MBK
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 23, 2019
                   Form ID: ntchrgbk    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2019.
db         +Rhondise Wiley,    6 Meadobrooke Place,    Willingboro, NJ 08046-2106
cr         +U.S. Bank National Association, not in its individ,    c/o Rushmore Loan Management Services,
           PO Box 55004,    Irvine, CA 92619-5004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2019                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2019 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com
         Andrew Thomas Archer    on behalf of Debtor Rhondise   Wiley aarcher@brennerlawoffice.com,
          bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
         Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
          rsolarz@kmllawgroup.com
         Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its
          individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
         Stephen M. Hladik    on behalf of Creditor    CARVANA, LLC shladik@hoplawyers.com,
          pfranz@hoflawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                              TOTAL: 7