

Order Filed on July 31, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Rhondise Wiley | Case No.: __17-32344-MBK__<br>Chapter: __13__<br>Hearing Date: _____<br>Judge: __MBK__ |

**ORDER VACATING**

Order Vacating Stay

The relief set forth on the following page is hereby **ORDERED**.

**DATED:** July 31, 2019

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court on its own motion finds that the:

## Order Vacating Stay

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order, dated _____7/24/19_____, be and the same is hereby vacated.

*revised 2/25/14*