Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–32344–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Rhondise Wiley
6 Meadobrooke Place
Willingboro, NJ 08046

Social Security No.:
xxx–xx–6285

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 27, 2018.

On 8/9/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:           September 11, 2019
Time:           10:00 AM
Location:       Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 12, 2019
JAN: vpm

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                             Case No. 17-32344-MBK
Rhondise Wiley                                                     Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin                  Page 1 of 2            Date Rcvd: Aug 12, 2019
                             Form ID: 185                 Total Noticed: 28


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 14, 2019.
db             +Rhondise Wiley,    6 Meadobrooke Place,    Willingboro, NJ 08046-2106
cr             +U.S. Bank National Association, not in its individ,    c/o Rushmore Loan Management Services,
                 PO Box 55004,    Irvine, CA 92619-5004
517178277      +Carvana, LLC,    PO BOX 29018,    PHOENIX, AZ 85038-9018
517328594       ECMC,   po box 16408,    St. Paul, MN 55116-0408
517178275      +GFC Lending, LLC,    PO BOX 29018,    PHOENIX, AZ 85038-9018
517159547      +Go Financial,    PO Box 29294,    Phoenix, AZ 85038-9294
517159548      +Nation Star Mortgage,    PO Box 619094,    Dallas, TX 75261-9094
517159549      +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
517207845      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    ATTN: Bankruptcy Department,    P.O. Box 619096,
                 Dallas, TX 75261-9096
517640028       U.S. Bank National Association,    c/o Rushmore Loan Management Services,    PO Box 52708,
                 Irvine, CA 92619-2708
517640029      +U.S. Bank National Association,    c/o Rushmore Loan Management Services,    PO Box 52708,
                 Irvine, CA 92619-2708,    U.S. Bank National Association,
                 c/o Rushmore Loan Management Services 92619-2708
517330335       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
517159550      +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121
517159553      +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 12 2019 23:44:54      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 12 2019 23:44:51      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517159545       E-mail/Text: bankruptcy.bnc@ditech.com Aug 12 2019 23:44:28      Ditech Customer Service,
                 PO Box 6172,   Rapid City, SD 57709-6172
517159546      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Aug 12 2019 23:47:51      Exeter Finance Corp,
                 PO Box 166008,   Irving, TX 75016-6008
517167647      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 12 2019 23:48:12      Exeter Finance LLC,
                 AIS Portfolio Services, LP,    P.O. Box 165028,    Irving, TX 75016-5028
517384977      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Aug 12 2019 23:48:46      Exeter Finance LLC,
                 P.O. Box 167399,    Irving, TX 75016-7399
517386128      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 12 2019 23:48:41      Exeter Finance LLC,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517383034       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 12 2019 23:48:16
                 LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                 LLC,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517383031      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 12 2019 23:48:16
                 PYOD, LLC its successors and assigns as assignee,    of Plains Commerce Bank,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
517159551      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 12 2019 23:43:52
                 Verizon,   Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
517256409      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 12 2019 23:59:19      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517964768      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 12 2019 23:47:47
                 Wollemi Acquisitions, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
517969173      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 12 2019 23:48:13
                 Wollemi Acquisitions, LLC c/o AIS Portfolio Servic,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
517969174      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 12 2019 23:48:12
                 Wollemi Acquisitions, LLC c/o AIS Portfolio Servic,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK  73118,    Wollemi Acquisitions, LLC c/o AIS Portfo,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517746038*     +Exeter Finance LLC,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City OK 73118-7901
517159552*     +Verizon,   Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 12, 2019
                              Form ID: 185             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2019 at the address(es) listed below:
              Albert    Russo     docs@russotrustee.com
              Andrew Thomas Archer    on behalf of Debtor Rhondise  Wiley aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               rsolarz@kmllawgroup.com
              Robert P. Saltzman    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
              Stephen M. Hladik    on behalf of Creditor    CARVANA, LLC shladik@hoplawyers.com,
               pfranz@hoflawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```