| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Brenner, Spiller & Archer<br>175 Richey Ave<br>Collingswood, NJ 08107<br>P: 856-963-5000<br>F: 856-858-4371<br>Attorney for Debtor | Order Filed on April 1, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re:<br><br>Rhondise Wiley | Case No.:   17-32344<br>Judge:   MBK<br>Chapter:   13 |

## ORDER TERMINATING THE WAGE ORDER

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**

DATED: April 1, 2020

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the motion of Rhondise Wiley, by and through Counsel, to Terminate the Wage Order as hereinafter set forth, and for cause shown, it is

**ORDERED** that:

The wage order is hereby terminated

United States Bankruptcy Court
District of New Jersey

In re:  
Rhondise Wiley  
    Debtor

Case No. 17-32344-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 02, 2020  
                          Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2020.  
db            +Rhondise Wiley,   6 Meadobrooke Place,    Willingboro, NJ 08046-2106

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:
           Albert Russo     docs@russotrustee.com
           Andrew Thomas Archer     on behalf of Debtor Rhondise  Wiley aarcher@spillerarcherlaw.com,
            bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
           Denise E. Carlon     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper
            dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
           Rebecca Ann Solarz     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper
            rsolarz@kmllawgroup.com
           Robert P. Saltzman     on behalf of Creditor     U.S. Bank National Association, not in its
            individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
           Stephen M. Hladik     on behalf of Creditor     CARVANA, LLC shladik@hoplawyers.com,
            pfranz@hoflawgroup.com
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                      TOTAL: 7