Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−32344−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rhondise Wiley
   6 Meadobrooke Place
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−6285

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/28/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 28, 2020
JAN: ckk

                                    Jeanne Naughton
                                    Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 17-32344-MBK
Rhondise Wiley                                                      Chapter 13
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2             Date Rcvd: May 28, 2020
                              Form ID: 148                 Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
db             +Rhondise Wiley,    6 Meadobrooke Place,    Willingboro, NJ 08046-2106
cr             +U.S. Bank National Association, not in its individ,    c/o Rushmore Loan Management Services,
                 PO Box 55004,    Irvine, CA 92619-5004
517159545       Ditech Customer Service,    PO Box 6172,    Rapid City, SD 57709-6172
517159547      +Go Financial,    PO Box 29294,    Phoenix, AZ 85038-9294
517159548      +Nation Star Mortgage,    PO Box 619094,    Dallas, TX 75261-9094
517159549      +Nationstar Mortgage LLC,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,
                 Coppell, TX 75019-4620
517207845      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    ATTN: Bankruptcy Department,    P.O. Box 619096,
                 Dallas, TX 75261-9096
517640028       U.S. Bank National Association,    c/o Rushmore Loan Management Services,    PO Box 52708,
                 Irvine, CA 92619-2708
517640029      +U.S. Bank National Association,    c/o Rushmore Loan Management Services,    PO Box 52708,
                 Irvine, CA 92619-2708,    U.S. Bank National Association,
                 c/o Rushmore Loan Management Services 92619-2708
517330335       US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON, WI 53708-8973
517159550      +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,    2401 International Lane,
                 Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 29 2020 01:30:32      U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 29 2020 01:30:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517178277      +EDI: DVTM.COM May 29 2020 04:53:00      Carvana, LLC,    PO BOX 29018,    PHOENIX, AZ 85038-9018
517328594       EDI: ECMC.COM May 29 2020 04:53:00      ECMC,    po box 16408,    St. Paul, MN 55116-0408
517159546      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com May 29 2020 01:34:09      Exeter Finance Corp,
                 PO Box 166008,    Irving, TX 75016-6008
517167647      +EDI: AISACG.COM May 29 2020 04:53:00      Exeter Finance LLC,    AIS Portfolio Services, LP,
                 P.O. Box 165028,    Irving, TX 75016-5028
517384977      +E-mail/PDF: ais.exeter.ebn@americaninfosource.com May 29 2020 01:33:19      Exeter Finance LLC,
                 P.O. Box 167399,    Irving, TX 75016-7399
517386128      +EDI: AISACG.COM May 29 2020 04:53:00      Exeter Finance LLC,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
517178275      +EDI: DVTM.COM May 29 2020 04:53:00      GFC Lending, LLC,    PO BOX 29018,
                 PHOENIX, AZ 85038-9018
517383034       E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2020 01:32:30
                 LVNV Funding, LLC its successors and assigns as,    assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518696842       EDI: PRA.COM May 29 2020 04:53:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
518696843       EDI: PRA.COM May 29 2020 04:53:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
517383031      +E-mail/PDF: resurgentbknotifications@resurgent.com May 29 2020 01:32:30
                 PYOD, LLC its successors and assigns as assignee,    of Plains Commerce Bank,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
517159551      +EDI: VERIZONCOMB.COM May 29 2020 04:53:00      Verizon,
                 Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
517256409      +EDI: AIS.COM May 29 2020 04:53:00      Verizon,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517159553      +EDI: WFFC.COM May 29 2020 04:53:00      Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,
                 Des Moines, IA 50306-0438
517964768      +EDI: AISACG.COM May 29 2020 04:53:00      Wollemi Acquisitions, LLC,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517969173      +EDI: AISACG.COM May 29 2020 04:53:00      Wollemi Acquisitions, LLC c/o AIS Portfolio Servic,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
517969174      +EDI: AISACG.COM May 29 2020 04:53:00      Wollemi Acquisitions, LLC c/o AIS Portfolio Servic,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK  73118,
                 Wollemi Acquisitions, LLC c/o AIS Portfo,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517746038*     +Exeter Finance LLC,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City OK 73118-7901
517159552*     +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 28, 2020
                              Form ID: 148             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Andrew Thomas Archer     on behalf of Debtor Rhondise    Wiley aarcher@spillerarcherlaw.com,
           bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
          Denise E. Carlon     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Rebecca Ann Solarz     on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           rsolarz@kmllawgroup.com
          Robert P. Saltzman     on behalf of Creditor    U.S. Bank National Association, not in its
           individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT dnj@pbslaw.org
          Stephen M. Hladik    on behalf of Creditor    CARVANA, LLC shladik@hoplawyers.com,
           pfranz@hoflawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 8
```